Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Tampa _____ Division

| | |
|---|---|
| Olga Kryliouk<br><br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Steve Pollack<br>Bank of America<br><br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Case No. __8:22-cv-631-WFJ-CPT__<br>) *(to be filled in by the Clerk's Office)*<br>)<br>)<br>) Jury Trial: *(check one)* ☐ Yes ✔ No<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Olga Kryliouk |
| Street Address | 700 S Harbour Island Boulevard |
| City and County | Tampa |
| State and Zip Code | Florida, 33602 |
| Telephone Number | 408-507-2134 |
| E-mail Address | olgakryliouk@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA#0606116

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Steve Pollack |
| Job or Title *(if known)* | Lending Market Leader, Vice President |
| Street Address | 100 N Westshore Boulevard |
| City and County | Tampa, |
| State and Zip Code | Florida, 33609 |
| Telephone Number | 813 - 531 - 7896 |
| E-mail Address *(if known)* | steven.a.pollack@bofa.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Bank of America, Corporate Center |
| Job or Title *(if known)* | |
| Street Address | 100 North Tryon Street |
| City and County | Charlotte |
| State and Zip Code | North Carolina, 28255 |
| Telephone Number | 800 - 432 -1000 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fair Housing Act (FHA) title VIII of the Civil Rights Act of 1968
The Equal Credit Opportunity Act (ECOA) Title 15 of the United States Code, 1974

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Olga Kryliouk, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Steve Pollack, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

The defendant, *(name)* Bank of America, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida, North Carolina.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This is Mortgage lending discrimination case against Bank of America and its manager Mr. Pollack.This case is about gender discrimination at the Bank of America consumer lending department in Tampa, FL. Manager Mr. Pollack is personally responsible for this act of discrimination as it was done under his leadership, his full supervision, and his total awareness. Lender Bank of America blatantly discriminated agains two female applicants Ms. Victoria Kryliouk, and Dr. Olga Kryliouk on a gender basis by rejecting Home Loan Application Loan #101330668 on 03/25/2021 without any explanation.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm BofA loyal customer for 15+ years. My daughter Victoria is BofA customer for 10 years.
During these time BofA is using our money, pocketing hundred thousands while providing us as their customers with absolutely nanocopic rate of earning ~0.01%.
My BofA saving balance was between $600,000 and 900,00 for 5+ years, I think I made a huge $ contribution to BofA.But when I needed their help, application was denied without any explanations.
The only conclusion I'm making that being successful, professional, financially responsible WOMAN is not making you eligible to receive a BofA loan. I'm asking for $1,000,000 compensation

## III. Statement of Claim

This is Mortgage lending discrimination case against Bank of America and its manager Mr. Pollack. This case is about gender discrimination at the Bank of America consumer lending department in Tampa, FL. Manager Mr. Pollack is personally responsible for this act of discrimination as it was done under his leadership, his full supervision, and his total awareness. Lender Bank of America blatantly discriminated agains two female applicants Ms. Victoria Kryliouk, and Dr. Olga Kryliouk on a gender basis by rejecting Home Loan Application Loan #101330668 f on 03/25/2021 without any explanation. Since Bank of America is the only bank both applicants put their trust in by being loyal customers for 10 and 15 years, they did not have the ability to use another lender, and were forced to pay cash as the only available option in this situation for purchasing Ms. Victoria Kryliouk's first home. Both applicants had their finances negatively impacted and suffered from an enormous emotional stress caused by BofA's intentional and faulty actions.

Ms. Victoria Kryliouk, single, 26 years old, and Dr. Olga Kryliouk, PhD, married, 66 years old - both US citizen, both white, both highly educated professionals are victims of lending discrimination. Victoria Kryliouk is a highly educated, young clinical research professional working in the medical field as a frontline healthcare worker since day one of the COVID-19 pandemic. She has been a BofA member since 2012 and is financially responsible, with a permanent professional position and stable income, a significant amount in savings and a credit score of 748.
Victoria has been supported by her mother, Olga Kryliouk, who is a BofA customer since 2007 and a Reward Platinum Honors member. Olga Kryliouk was financing three home loans through the Bank of America previously, two of them with her husband, Iaroslav Kryliouk, and one with her son, Andrew Kryliouk. All three applications with male co-applicant were timely approved without any issue. This application with my daughter Victoria was rejected.

Victoria Kryliouk (Olga Kryliouk as Co-Applicant) submitted her first home loan application, in which she was eligible for both conventional and FSA loans. Despite providing all of the requested documents to BofA in a timely manner, her home loan application was severely mismanaged by BofA, delayed to the point that the approval determination would not be made by the closing date, and then subsequently denied without any basis.

The BofA loan officer, Mr. Robert Wesolowski, who was working under the direction and supervision of Mr. Steven Pollack, whom mismanaged Victoria's home application loan under Mr. Pollack's full supervision and total awareness, was terminated, but BofA did not provide any reasoning for the loan application denial nor were there any attempts on their end to rectify the matter.

It is very unfortunate, but I was not able to proceed immediately with the law suit due to a very serious family issue - my Dad was gravely ill, and his well being, his health, his medical treatment became my main concern, my duty, and my obligation. It was not simple to deal with that during the pandemic and due to the fact that my Dad was residing in my native country Ukraine. My Dad passed away on February 21, 2022. We had his funeral only one day before the full scale war broke in my native Ukraine on February 24, 2022. Fortunately I was able to escape from the war devastating country and reached safely my home in Florida.

III. Statement of Claim

## Bank of America Loan #101330668

Date of Application: February 26, 2021
Date of Rejection notice: March 25, 2021

**Property address:**
700 S Harbour Island Blvd
Unit 736
Tampa, FL 33602

<u>Applicants:</u>
Victoria (Ksenya Victoria) Kryliouk
Olga Kryliouk

<u>BoA Loan officials:</u>
Robert J. Weselowski
Steve Pollack

## III. Statement of Claim

**Victoria Kryliouk - Applicant**

**U.S. Citizen**
**White**
**Single**

**Bank of America Customer since 2012**

**Credit Score 748 - very good**
as per BoA 02/17/2021

**BoA Total Savings $35,000**
**No history of any financial issues**
**Steady Job and income**
**No Debt**
**No Student Loans**
**Every account paid in full before the due dates**

**Address:**
700 S Harbour Island Blvd
Unit 736
Tampa, FL 33602
Cell: 408-466-8618
E-mail: victoria.vk.94@gmail.com

**Employer:**
Moffitt Cancer Center

**Position:**
Clinical Research Coordinator
Full time, started on 11/09/2021
Gross Monthly income of $4,116.67

**Education:**
George Washington University
Doctor of Health Science (expected graduation August 2022)

Florida Gulf Coast University
Master of Health Science
Graduated in 2018

University of California Santa Cruz
Bachelor degree in Sociology
Graduated in 2016

**Prequalified Loan Letter was issued on 02/18/21**
**Loan Application #101330668 was initiated on 02/26/21**
**Loan amount $125,000.00**
**ALL Requested Documents were submitted to BoA on 03/01/21**

**Rejection notice from BoA dated 03/25/2021**

## III. Statement of Claim

### Olga Kryliouk - co-applicant

**U.S Citizen**
**White**
**Married**

**Bank of America Preferred Reward Platinum Honors Member**
**BoA customer since 2007**

| | |
|---|---|
| **Address :** | **Address:** |
| 8377 Sumner Ave | 700 S Harbour Island Blvd |
| Fort Myers, FL 33908 | Tampa, FL, 33602 |
| Cell: 408-507-2134 | |
| E-mail: olgakryliouk@gmail.com | |

**Homeowner since 1999 - Current status - Paid, Mortgage Released**

**Credit Score 850 - exceptional**

**Total balance at BoA at the time of Application - $857,849.12**
**No history of any financial issues**
**Steady Job and Income**
**Chief Scientist at Aledia Inc.**
**Currently - Retired**

**W2 2020 total earnings - $309,382.20**

**Education - PhD**
**Work Experience - 40+ years in both academia and hight tech**

III. Statement of Claim

## Bank of America Representatives who handled our loan application



**Robert Wesolowski**
Credit Solutions Advisor
NMLS ID: 828980

Visit my website
Direct 813.210.9963
Fax 877.359.8811
robert.wesolowski@bofa.com

337 E Davis Boulevard
Tampa, FL 33606


BANK OF AMERICA



**Steve Pollack**
Enterprise Retail Sales Manager
Assistant Vice President
NMLS ID: 915013

Visit my website
Direct 813.531.7896
Fax 866.517.9188
steven.a.pollack@bofa.com

100 N Westshore Boulevard
Tampa, FL 33609


BANK OF AMERICA

III. Statement of Claim

# Outline of the Application Process

Prequalified Loan Letter was issued on 02/18/21

Loan Application #101330668 was initiated on 02/26/21

ALL the requested documents were submitted to BoA on 03/01/21

Robert Wesolowski's performance and attitude wasn't professional.
He never replied on time.
He never responded to our realtor's requests or to our insurance agent's questions/clarifications. It became obvious that in order to have our loan application approved before closing date, I had to escalate all the issues we were experiencing while working with Mr. Wesolowski. I contacted his manager, Mr. Pollack, on March 10 via email and by phone. He ensured me that all will be fine. Robert confirmed on March 17 that nothing is needed and the application is under review.



III. Statement of Claim

### Appraisal ordered by Robert was completely messed up.
There were fundamental mistakes - wrong schematics and unit plan were copied and paste from some old reports. I pointed out at all of the mistakes and requested corrections. We were charged $820 for this appraisal.

As the deadline was approaching, we were extremely nervous as it was very obvious for us that we will not have approval of the Loan Application in time for the closing.
We sent reminders to both Mr. Wesolowski and Mr. Pollack.

### We received this letter from Mr. Weselowski dated 03/25/21



## III. Statement of Claim

Rejection notice from BofA dated 03/25/2021 - strangely enough, on the same day Mr. Wesolowski was telling Victoria how excited he is to work on her application.
Moreover, based on Mr. Pollack's e-mail from March 24, 2021, Mr. Wesolowski was no longer working there.

KSENYA VICTORIA KRYLIOUK
700 S Harbour Island Blv 736
Tampa, FL 33602

BANK OF AMERICA, N.A.
Office #: 43548
TX2-979-01-02, 4500 Amon Carter Blvd
Fort Worth, TX 76155
Phone: (866) 310-2894
Office Fax No.: 1-866-409-1050

Date: March 25, 2021

Re: Application #: 101330668
Loan Program: FIXED RATE FIRST-LIEN HOME LOAN
Case #:

Property Address: 700 S Harbour Island Blv 736
Tampa, FL 33602

Description of Account, Transaction, or Requested Credit:
MORTGAGE APPLICATION

### NOTICE OF ACTION TAKEN

KSENYA VICTORIA KRYLIOUK:

We're sorry - we can't approve your request for a home loan right now.

We carefully reviewed your application and credit report(s) provided by the credit reporting agency(ies) listed below and unfortunately, we weren't able to approve your request because:

* Credit History: Insufficient number of credit references provided, Limited credit experience

### Want to know more about your credit?

There are steps you can take to better understand your credit. Since you have the right to a free copy of your credit report, we recommend you start there to get the best understanding. (People are sometimes surprised by the things that are on their reports.)

To get a copy, you can:
Visit transunion.com/myoptions, call 1-800-888-4213, or write to: TransUnion, P.O. Box 1000, Chester, PA 19016-1000.

The disclosures on the following pages provide details about your right to know the information in your credit report.

### We're here to help

We want you to be financially successful. You can learn more about credit and home ownership on our Better Money Habits website (bettermoneyhabits.com), which provides tools and information to help you manage your money.

NOTICE OF ACTION TAKEN (NOAT.US)
17634.46 (07/20)



Page 1 of 3

BANK OF AMERICA, N.A.


*101330668441023500*

III. Statement of Claim



> Good evening,
>
> I have put in a request for a refund of your appraisal fee. I have to send that to upper management and don't have the authority to approve that. I will certainly let you know as soon as I get an answer, which takes a few days. Also, I wanted you to know that Robert no longer works here and you can direct any emails or calls just to me.

Mr. Pollack never followed up or helped me with the appraisal fee refund as the same promise was issued by him on 07/21/21. I have never heard back from him since then.



**RE: Refund request**

Good Afternoon,

I am so sorry to hear your father is having health problems, certainly hope he is better now. Let me check to see what happened with that and will reach back out tomorrow.

Olga Kryliouk                                                                 9 of 10

## III. Statement of Claim

Those are questions I asked Mr. Pollack, but never received any answers or explanation from him.
Moreover, I see that Mr. Pollack just recently was promoted from being Sales Manager and Assistant Vice President to a Vice President - Lending Market Leader

This was Victoria's first home loan application.
What kind of experience is she getting from the BoA?
Why was she discriminated?
Why should her credit history be affected by this rejection?
Why you subjected both of us to this emotional stress?
 ACTUALLY YOU DISCRIMINATED AGAINST US, and the only reason - our gender.

We provided all of the requested documents on 02/28/21.
Victoria's credit score is 740. She has $35K in savings.
Olga's credit score is 850. BoA is USING my $900K with 0.01% rate earning for me.
...and we are not eligible for a $125K loan?!
Victoria had two options - either conventional loan with the requested exception or FSA loan. And none were working?

Bank of America never provided any justification for their actions.
Mr. Wesolowski's lack of actions could not be blamed for failure to deliver our application as this is a pure discrimination case. It was all done under the direction of Mr. Pollack, who "calmly" ensured me during our phone conversations and e-mail exchanges the he is keeping all under control.

This is beyond any unprofessional, unethical, and totally dishonorable attitude BoA demonstrated towards me as a loyal customer since 2007 and to my daughter who is a first time homebuyer.
What lesson BofA is teaching their customers?

**The only conclusion I'm making that being successful, professional, financially responsible WOMAN is not making you eligible to receive a BofA loan, but for years BofA is using our money, pocketing thousands while providing us as their customers with absolutely nanocopic rate of earning ~0.01%**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/18/2022

Signature of Plaintiff
Printed Name of Plaintiff    Olga Kryliouk

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KRYLIOUK OLGA

**DEFENDANTS**
Pollack Steve
Bank of America

**(b)** County of Residence of First Listed Plaintiff: Hillsborough county
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Hillsborough county
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 490 Cable/Sat TV |
| 196 Franchise | | | | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| | | | | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | [x] 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | |
| | 448 Education | 550 Civil Rights 555 Prison Condition 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Housing Act (FHA) title VIII of the Civil rights Act of 1968, The Equal Credit Opportunity Act (ECOA) Title 15 of the United States Code, 1974

Brief description of cause:
This case is about gender discrimination at the Bank of America consumer lending in Tampa, FL

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $1,000,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___